# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

_____

UNITED STATES OF AMERICA,

V.

CR 20-0328 WHO

FERNANDO MADRIGAL,
a/k/a "Nando,"

DEFENDANT(S).

_____

## INDICTMENT

VIOLATIONS:

18 U.S.C. §§ 924(j)(1) and 2 – Use of a Firearm in Furtherance of a Crime of Violence Resulting in Death;

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

_____

A true bill.

/s/ Foreperson of the Grand Jury
_____
Foreman

Filed in open court this ___20th___ day of

August, 2020
_____.

_____
Clerk

Bail, $ ___No Process___

FILED

Aug 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**FILED**

Aug 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-0328 WHO |
| Plaintiff, | ) ) | VIOLATIONS: |
| v. | ) ) ) | 18 U.S.C. §§ 924(j)(1) and 2 – Use of a Firearm in Furtherance of a Crime of Violence Resulting in Death; |
| FERNANDO MADRIGAL,<br>a/k/a "Nando," | ) ) ) | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | ) ) ) ) ) ) | SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

<u>COUNT ONE:</u>    (18 U.S.C. §§ 924(j)(1) and 2 – Use of a Firearm in Furtherance of a Crime of Violence Resulting in Death)

1.    At all times relevant to this Indictment, the San Francisco Mission District (SFMD) Norteños was a criminal street gang that operated in San Francisco's Mission District. SFMD Norteños claimed the area along the 24th Street corridor, between Mission Street and Potrero Street. The gang most commonly used the phrases and symbols Norte, 24, 14, and the color red to identify itself. The number "14" represents the letter "N," which is the fourteenth letter of the alphabet; the letter "N," in

INDICTMENT

turn, is a reference to Norteños or the Nuestra Familia (NF), the umbrella prison gang that encompasses the Norteño street cliques. The SFMD Norteños, as an enterprise, includes individual street cliques, which operate together in the Mission District of San Francisco. Two such cliques are Locos North Side, or LNS, and 22nd and Bryant Street, or 22B or Bryant Street Locos, which often refer to each other together with the symbol "BSLNS."

2. The number 14 and these other symbols and phrases are commonly, though not universally, displayed by SFMD Norteño criminal street gang members in tattoos, graffiti, drawings, hand signs, and on clothing as a way of displaying their affiliation, loyalty, and commitment to the gang. Some SFMD Norteño gang members have one or more tattoos that reflect gang affiliation. Common tattoos include four dots and the Mayan 14 (two bars and four dots), words and symbols that refer to the Mission District of San Francisco, particular cliques, and Norteños in general, and memorial references to former SFMD Norteños who have been killed. Additionally, some SFMD Norteños have admitted their gang membership to law enforcement, on social media, or in the court system.

3. The primary rivals of the SFMD Norteños were the Sureño and Army Street criminal street gangs. Sureños recognized the primacy of the Mexican Mafia prison gang, doing the bidding and following orders of the Mexican Mafia members. Sureños claimed the area between roughly 16th through 20th Streets along Mission Street. For symbols, they claimed the color blue and the number 13 (M is the 13th letter of the alphabet). Army Street was a separate gang and did not report up to another organization or enterprise. Army Street claimed the area around the Bernal Dwellings housing project (26th Street between Folsom and Harrison Streets) as its territory. As symbols, Army Street claimed camouflage, the color green, and the number 26.

4. SFMD Norteños meet and work together to carry out illegal activities for the benefit of SFMD Norteños and its membership, and also to benefit, more generally, the Norteños and the NF. SFMD Norteños fight with other street gangs for control of territory from which they conduct narcotics trafficking and other crimes, and recruit and intimidate non-gang members. SFMD Norteños engage in acts of violence and intimidation to control lucrative illegal activities, to claim or maintain established territory, to retaliate against a rival gang or suspected rival gang member, to gain notoriety and respect, to dissuade potential victims and witnesses from reporting crime or cooperating with law enforcement,

INDICTMENT 2

to discipline fellow gang members, and to send a message to others that they are strong, powerful, and not to be provoked.

5. SFMD Norteños are expected to uphold a reputation for being strong and powerful in order, in part, to prevent other gangs from challenging and assaulting its members and taking over its territory. SFMD Norteños also take steps to increase their membership in order to maintain their survival, expand their strength, and continue functioning as an organization on the streets. Having a reputation for being weak would result in other gangs challenging and assaulting its members and attempting to take over its territory. Instead, SFMD Norteños strive to have a large membership and a reputation for being strong, powerful, and dominant, so that rival groups will be reluctant to challenge it and victims/witnesses will think twice about assisting authorities with any prosecution attempt against it.

6. SFMD Norteños members earn promotion, rise in rank, and obtain prestige by committing criminal acts that benefit the gang and by spending time in jail or prison. SFMD Norteños engage in acts of violence, including murder and attempted murder, against their rivals and, at times, fellow Norteños considered to have violated the gang's rules. SFMD Norteños also traffic in controlled substances and illegally possess firearms. Violence is often the quickest way to earn prestige for the individual gang member.

## The Racketeering Enterprise

7. The SFMD Norteños, including its leadership, members, and associates, in the Northern District of California, constitutes an "enterprise" as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact, which is engaged in, and the activities of which affect, interstate and foreign commerce. The enterprise constitutes an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise.

8. The purposes of the SFMD Norteño enterprise included the following:

   a. Preserving and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, violence, threats of violence, assault, and acts of murder;

   b. Promoting and enhancing the enterprise and the activities of its members and associates through acts involving, murder, narcotics trafficking, and other criminal activities;

INDICTMENT 3

       c.      Keeping rival gang members, potential informants and witnesses against the enterprise, other victims and potential victims, fellow gang members, and community members in fear of the enterprise and its members and associates through violence and threats of violence; and

       d.      Protecting the enterprise's members and associates who committed crimes by hindering, obstructing, and preventing law enforcement officers from identifying the offenders, apprehending the offenders, and successfully prosecuting and punishing the offenders.

9.     At all times relevant to this Indictment, SFMD Norteños, the above-described enterprise, through its leaders, members, and associates engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is: multiple acts involving murder, chargeable under California Penal Code Sections 187, 188, 189, 182, 31, 21a, and 664, and multiple offenses involving drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

10.    On or about July 8, 2019, in the Northern District of California, FERNANDO MADRIGAL, a/k/a "Nando," for the purpose of maintaining and increasing position in the SFMD Norteños, an enterprise engaged in racketeering activity, did knowingly, intentionally, and with premeditation murder Victim-1, in violation of California Penal Code Sections 187, 188, 189, and 31, in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

11.    On or about July 8, 2019, in the Northern District of California, the defendant,

FERNANDO MADRIGAL, a/k/a "Nando,"

with others known and unknown, each aided and abetted by the other, committed a violation of Title 18, United States Code, Section 924(c), that is, unlawfully and knowingly, used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the Murder in Aid of Racketeering (Title 18, United States Code, Section 1959(a)(1), as set forth above) of Victim-1, and knowingly possessed a firearm in furtherance of such crime, and in the course of such violation, caused the death of Victim-1 through the use of a firearm, which killing was first degree murder as defined in Title 18, United States Code, Section 1111(a), all in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

NOTICE OF SPECIAL FINDINGS

12.    The allegations set forth in Count One of this Indictment are hereby re-alleged and

INDICTMENT                               4

incorporated by reference as if fully set forth herein.

13. As to Count One of this Indictment, defendant FERNANDO MADRIGAL, a/k/a "Nando":

    a. was 18 years of age or older at the time of the offense (18 U.S.C. § 3591(a));

    b. intentionally killed Victim-1 (18 U.S.C. § 3591(a)(2)(A));

    c. intentionally inflicted serious bodily injury that resulted in the death of Victim-1 (18 U.S.C. § 3591(a)(2)(B));

    d. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Victim-1 died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

    e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Victim-1 died as a direct result of the act (18 U.S.C. § 3591(a)(2)(D)).

14. As to Count One of this Indictment, defendant FERNANDO MADRIGAL, a/k/a "Nando," in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to the Victim-1 (18 U.S.C. § 3592(c)(5)).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

15. The allegations contained in Count One are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

16. Upon conviction of any of the offenses set forth in this Indictment, the defendant

                  FERNANDO MADRIGAL, a/k/a "Nando,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense.

17. If any of the property described above, as a result of any act or omission of any defendant:

|   |   |   |
|---|---|---|
| 1 | a. | cannot be located upon exercise of due diligence; |
| 2 | b. | has been transferred or sold to, or deposited with, a third party; |
| 3 | c. | has been placed beyond the jurisdiction of the court; |
| 4 | d. | has been substantially diminished in value; or |
| 5 | e. | has been commingled with other property which cannot be divided without difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: August 20, 2020                                          A TRUE BILL.

                                                                                              */s/*
                                                                                       FOREPERSON

DAVID L. ANDERSON
United States Attorney

*/s/ Karen Kreuzkamp*
PATRICK O'BRIEN
KAREN KREUZKAMP
Assistant United States Attorneys

INDICTMENT                                            6