# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: April 20, 2021 | Time: 5 minutes 10:00 a.m. to 10:05 a.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 20-cr-00328-WHO-1 | Case Name: USA v. Madrigal | |

**Attorney for Plaintiff:** Patrick O'Brien
**Attorney for Defendant:** James Thomson for **Fernando Madrigal**
Robert Waggener for **Oscar Guadron Diaz**
(Both defendants present via videoconference, in custody)

Shaffy Moeel and Richard Novak are present, although their client, Mr. Cordero, is appearing via separate conference due to the logistical limitations of Santa Rita Jail videoconference.

**Deputy Clerk:** Jean Davis          **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Status Conference conducted via videoconference. The Court has reviewed the written status report submitted by Mr. Thomson. Mr. O'Brien briefly summarizes the current status of the case. Discovery of approximately 20,000 pages, including DNA evidence, has been produced by the government. Additional production is expected. The U.S. Attorney's Office had made its recommendation to the Department of Justice regarding death penalty eligibility, which is being reviewed. The recommendation should go to the Deputy Attorney General's Office in approximately two weeks.

**CASE CONTINUED TO: July 13, 2021 at 9:00 for further Status Conference**.

**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       April 20, 2021
Ends         July 13, 2021